Nov. Term, 1861.

KLEBER
v.
BLOCK.

*A. L. Robinson*, for the appellant.

*J. G. Jones* and *J. E. Blythe*, for the appellees.

---

KLEBER *v.* BLOCK.

*Saturday,*
*December 7.*

APPEAL from the *Allen* Common Pleas.

*Per Curiam.* — A defendant, on confessing judgment, made the following affidavit:

"STATE OF INDIANA, ALLEN COUNTY, SS:

"Personally came before the undersigned, a notary public of said county, *Christopher Kieber*, who upon his oath saith, that he is justly indebted to the within *Adam Block* in the sum specified in the within power of attorney, and that he does not confess judgment thereon for the purpose of defrauding his creditors.

Nov. Term, 1861.

THE INDIAN-
APOLIS, &c.
RAILROAD Co.
v.
SHIMER.

"CHRISTOPHER KLEBER."

"Witness my hand and seal, *February* 19, 1859.

[SEAL.]        "GEO. K. HENTMAN, *Notary Public.*"

It is contended that the foregoing affidavit is bad, for want of a jurat, and 5 Ind. 109; 12 *id.* 551; Perk. Pr. 88; Bac. Abr., vol. 1, p. 99; Barb. Ch. Pr., vol. 1, p. 609; 8 Blackf. 133; Bonv. L. Dic.; and Tidd's Pr., vol. 1, p. 499 are cited. We think the jurat and affidavit are combined in the same writing. The signature and seal of the notary apply to the jurat, to the certifying part of the writing signed by *Block*. *Block's* signature applies to the affidavit part.

The judgment is affirmed, with costs.

*J. Colerick*, for the appellant.